United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark Kull  
    Debtor

Case No. 18-11516-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 2    Date Rcvd: Jun 21, 2018  
                 Form ID: pdf900    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.

```
db          +Mark Kull,    7230 Montoiur Street,    Philadelphia, PA 19111-4017
14085303   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Visa,    PO Box 183037,    Columbus, OH 43218)
14085302    +Capital One,    PO Box 60501,    City of Industry, CA 91716-0501
14085304    +Citizens Bank,    1 Citizens Bank Plaza,    Providence, RI 02903-1339
14085448    +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
              Sioux Falls, SD 57104-0493
14105600     PENNYMAC LOAN SERVICES, LLC,    P.O. BOX 2010,    MOORPARK CA 93020
14085305    +PGW,    1515 Arch Street, 9th Flr.,    Philadelphia, PA 19102-1511
14080108     Penny Mac Loan Servicing,    PO Box 30597,    Los Angles, CA  90030-0597
14085306    +Penny Mac Loan Servicing,    Po Box 514387,    Los Angeles, CA 90051-4387
14096673    +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
14105291     Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
              Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
14085307    +Sunoco (Citibank),    Po Box 689153,    Des Moines, IA 50368-9153
14085308   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial,    Po Box 5855,    Carol Sream, IL 60197)
14084899    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14085309    +Wells Fargo,    420 Montgomery Street,    San Francisco, CA 94163-0001
14085592     Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
              Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: megan.harper@phila.gov Jun 22 2018 02:38:26     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 22 2018 02:38:02
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 22 2018 02:38:20     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14104577     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 02:55:55
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14105169     E-mail/Text: bkr@cardworks.com Jun 22 2018 02:37:38     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14102597    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 22 2018 02:38:13     MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
14094422     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 03:07:55
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14069863    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 02:55:49
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14070902    +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:55:46     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14087814     E-mail/Text: tidewaterlegalebn@twcs.com Jun 22 2018 02:37:42     Tidewater Finance Company,
              P.O. Box 13306,    Chesapeake, VA 23325
14085310    +E-mail/Text: bankruptcy@yellowstonecapllc.com Jun 22 2018 02:38:39     Yellowstone Capital,
              160 Pearl Street, 5th Flor,    New York, NY 10005-1631
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*         +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14094423*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Jun 21, 2018
                              Form ID: pdf900              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
              DIANE E. BARR    on behalf of Debtor Mark  Kull barrdupree09@yahoo.com, dbarrcg@aol.com
              JAMES A. PROSTKO    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK KULL                              Chapter 13

                    Debtor            Bankruptcy No. 18-11516-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ____21st____ day of _____June_____, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANE E BARR, ESQUIRE
LAW OFFICE OF DIANE E BARR
4206 CHESTNUT ST - 1ST FLR
PHILADELPHIA, PA 19104-

Debtor:
MARK KULL

7230 MONTOUR STREET

PHILADELPHIA, PA 19119